# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division
### Office of the Clerk

**Robert R. Di Trolio, Clerk**
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

*Deputy-in-Charge*
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF RE-SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

April 1, 2005

RE: 2:01cr20216-Ml
**USA V. KEITH BOHANON**

Dear Sir/Madam:

A(n) **SUPERVISED RELEASE VIOLATION HEARING** before **Judge Jon Phipps McCalla** has been **RESET** from FRIDAY, APRIL 1, 2005 at 9:00 A.M. to **FRIDAY, APRIL 8, 2005 at 10:00 A.M. in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: Joseph P. Warren, Case Manager
901/495-1242



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:01-CR-20216 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT